IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANCIS ALTIERI** : | **CIVIL ACTION** |
| : | |
| **v.** : | |
| : | **NO. 15-1818** |
| **LIBERTY MUTUAL FIRE** : | |
| **INSURANCE COMPANY** : | |

## ORDER

**AND NOW**, this 23rd day of April, 2015, upon consideration of the Motion of Plaintiff, Francis Altieri, to Remand Case to the Court of Common Pleas of Philadelphia County, Pennsylvania (Document No. 2) and the defendant's response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that, pursuant to 28 U.S.C. § 1447(c), this action is **REMANDED** to the state court from which it was removed.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.